No. 663, Misc.  TUCKER *v.* KROSS, CORRECTION COMMISSIONER.  C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* for petitioner.

No. 664, Misc.  MORTON *v.* McDONALD, SHERIFF.  C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* for petitioner.  *Robert P. Lewis* for respondent.

No. 680, Misc.  BANTON *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 694, Misc.  JOSEPH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *K. Bruce Friedman* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 704, Misc.  MAHURIN *v.* MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 706, Misc.  FOX *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 712, Misc.  MARONEY *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 713, Misc.  COPEMAN *v.* FAY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 718, Misc.  FARRANT *v.* BENNETT, WARDEN, ET AL.  Supreme Court of Iowa.  Certiorari denied.

No. 724, Misc.  WRIGHT *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.